```
14197
PROB 12C
(7/93)
```
Report Date: March 2, 2012

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 2 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Esteban Rudolfo Alaniz      Case Number: 2:07CR02115-002

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable James P. Hutton, U.S. Magistrate Judge

Date of Original Sentence: 9/30/2008

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute Controlled Substance, 21 U.S.C. § 846 |
| Original Sentence: | Prison - 36 Months; TSR - 48 Months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela Jackson Byerly |
| | Date Supervision Commenced: 10/29/2010 |
| Defense Attorney: | Rebecca L. Pennell |
| | Date Supervision Expires: 10/28/2014 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: Esteban Alaniz used heroin on February 27, 28, and 29, 2012. |
| | On March 1, 2012, the defendant reported for an office visit and admitted to using heroin on February 27, 28, and 29, 2012. Mr. Alaniz reviewed and signed a drug admission form which acknowledged his use of the illegal substance on the aforementioned dates. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegation contained in this petition.

Prob12C
Re: Alaniz, Esteban Rudolfo
March 2, 2012
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  March 2, 2012

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*James P. Hutton*
Signature of Judicial Officer

3/2/2012
Date